Pro Se 1 (Rev. 12.16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▾

GUANGLI ZHANG

CHENGSHUO ZHANG

SHANSHUO ZHANG

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

See Appendix "A" for more information

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case: 1:25-cv-02016 JURY TRIAL
Assigned To : Mehta, Amit P
Assign. Date : 6/27/2025
Description: Pro Se Gen Civ. (DECK-F)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | GUANG LI ZHANG CHENGSHUO ZHANG , SHANSHUO ZHANG |
| Street Address | P.O. BOX 1119 |
| City and County | Washington DC |
| State and Zip Code | DC 20013 |
| Telephone Number | 626 537 6743 |
| E-mail Address | ZHGULI698@GMAIL.COM |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED

JUN 27 2025

Clark, U.S. District & Bankruptcy
Courts for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                             *See Appendix "B1 — B4" for more infor-*

    Job or Title *(if known)*                  *mation*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?   *(check all that apply)*

[V] Federal question           [V] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

① 42 USC §3631  ② 42 USC §1983  ③ 42 USC §3604  ④ 42 USC §3601
⑤ 42 USC §3617  ⑥ 42 USC §3602  ⑦ 42 USC §1309  ⑧ 42 USC §45
⑨ 18 USC §1341  ⑩ 18 USC §1201  ⑪ 18 USC §242  ⑫ 18 USC §1001  ⑬ 18 USC §912

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

⑭ 18 USC §1983  ⑮ 18 USC §3509
⑯ 18 USC §250

1.   The Plaintiff(s)

a.   If the plaintiff is an individual   GUANGLI ZHANG

The plaintiff, *(name)* CHENG SHUO ZHANG, SHAN SHUO Zhang , is a citizen of the State of *(name)* Washington DC .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)   See Appendix "C1 — C4" for more information

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

       The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

       See Appendix "F" for more infor mation

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

       See Appendix "D" H ~ 66 for more infor mation

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

See Appendix "E" 1-1, 2-3, 3-3

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6/27/2025

Signature of Plaintiff    Guangli Zhang

Printed Name of Plaintiff    GUANGLI ZHANG

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

# "A"

1. Hotel Fortune

2. Boulevard Family Center

3. New York City Government

4. ACS New York participants:

   (1). Jess Dannhauser

   (2). Robert Brown . Jr

   (3). (I don't know her name) person in charge of Robert Brown, Jr

   (4). There was also a female who served the notice and 2-4 male assistants who participated        in the kidnapping. I don't know their names.

5. Yvonne McNeil

6. New York ACS

7. New York State Government
8. Emily Ruben (Judge)

9. Family Court in Queens, New York

10. Kaitlan Moe, Esq

11. Dr. Shirley Mo

12. Bennett Chan (MD)
13. Charles B. Wang Community Health Center

14. Justin Popso (MD)
15. Northwell Health
   Long Island Jewish Forest Hills

16. Dr. Dyce-Mclean, coneilia
17. Forestdale clinic within a child care facility

18. Crystal

19. Forestdale (Child care agency)

20. Foster home for young children

# "B1"

**Defendant No. 1**
The defendant,(name):  Hotel Fortune
has its principal place of business in (name): 89-34 162nd st Jamaica, NY 11432
**Defendant No. 2**

The defendant,(name): Boulevard Family Center
has its principal place of business in (name): 79-00 Queens Boulevard, Queens, NY11373
**Defendant No. 3**

**New York City Government**
Address: **City Hall Park New York,NY10007+**
**Defendant No. 4**

New York ACS Participants

(1). **Jess Dannhauser** Job or Title (if known): Petitioner

(2). Robert  Brown . Jr

(3). (**I don't know her name**) person in charge of Robert Brown, Jr

(4). There was also a female who served the notice and 2-4 male assistants who participated        in the kidnapping. I don't know their names.

Address: 165-15 Archer Ave   Jamaica Ave, NY1433

**Defendant No. 5**

Name: Yvonne McNeil

Job or Title (if known): Children and Family Services Specialist III

Street Address: 163 West 125th St . New York, NY10027

**Defendant No. 6**

**New  York ACS**

Address: 165-15 Archer Ave   Jamaica Ave, NY1433

# "B2"

**Defendant No. 7**

**New York State Government**
Address: Governor of New York State NYS state

Capitol Building Albany,NY12224

**Defendant No. 8**

Name:  Emily Ruben

Job or Title (if known): Family Court Judge, Queens, New York City

Street Address:151-20 Jamaica Ave, New York Jamaica,NY11432

**Defendant No. 9**

**Family Court in Queens, New York**

Street Address:151-20 Jamaica Ave, New York Jamaica,NY11432

**Defendant No. 10**

Name: **Kaitlan Moe, Esq**
Job or Title (if known): Legal Aid Lawyers at Family Representation Centre Ltd
Street Address: **89-14 Parsons Blvd Jamaica, NY 11432**
Telephone Number: **(929)567-2154**
**Defendant No. 11**

Name: Dr.**Shirley Mo**
Job or Title (if known): Charles B. Wang Community Health Center Physician
Address: **136-26 37 th Avenue, Flushing, NY:11354**
Telephone Number: **(718)886-1212**

**Defendant No. 12**

Name: **Bennett Chan (MD)**
Job or Title (if known): Charles B. Wang Community Health Center Physician
Address: **136-26 37 th Avenue, Flushing, NY:11354**
Telephone Number: **(718)886-1212**

# "B3"

**Defendant No. 13**

The defendant, (name):  Charles B. Wang Community Health Center

has its principal place of business in (name): 136-26 37 th Avenue, Flushing, NY:11354(Children's Family Doctor Clinic Address)

**Defendant No. 14**

Name: **Justin Popso (MD)**
Job or Title (if known): Emergency Doctor

Address: **102-01 66th Road, Forest Hills, NY11375**
Telephone Number: **(718) 830-4200**

**Defendant No. 15**

**Northwell Health**
**Long Island Jewish Forest Hills**
has its principal place of business in (name): **102-01 66th Road, Forest Hills, NY11375**
**Defendant No. 16**

Name: **Dyce-Mclean, coneilia**
Job or Title (if known): Forestdale (clinic within a child care facility) Doctor
Address: 67-35 **112 st Forest Hills, NY:11375**
**Defendant No. 17**

Forestdale, clinic within a child care facility

has its principal place of business in (name): **67-35 112 st Forest Hills, NY:11375**
**Defendant No. 18**

Name: **Crystal**
Job or Title (if known): Director of Forestdale Foster Care
Address: **67-35 112 st Forest Hills, NY:11375**
Telephone Number: **(914) 639-4836**



# "B4"

**Defendant No. 19**

Defendant (name): Forestdale, a child foster care agency

whose principal place of business is located at (name): 67-35 112th Street, Forest Hills, New York, 11375

**Defendant No. 20**

Foster home for young children

*a.*

# "C1"

## Defendant No. 1

New York City Government
Address: City Hall Park New York,NY10007

## Defendant No. 2

New York ACS Participants

(1). Jess Dannhauser Job or Title (if known): Petitioner

(2). Robert  Brown . Jr

(3). (I don't know her name) person in charge of Robert Brown, Jr

(4). There was also a female who served the notice and 2-4 male assistants who participated in the kidnapping. I don't know their names.

Address :165-15 Archer Ave   Jamaica , NY1433

## Defendant No. 3

Name:  Yvonne McNeil

Job or Title (if known): Children and Family Services Specialist III

Street Address: 163 West 125th St . New York, NY10027

## Defendant No. 4

New York State Government
Address: Governor of New York State NYS state

Capitol Building Albany,NY12224

## Defendant No. 5

Family Court in Queens, New York

Street Address:151-20 Jamaica Ave, New York Jamaica,NY11432

## Defendant No. 6

Name:  Emily Ruben

Job or Title (if known): Family Court Judge, Queens, New York City

Street Address:151-20 Jamaica Ave, New York Jamaica,NY11432

# "C2"

## Defendant No. 7

Name: Kaitlan Moe, Esq
Job or Title (if known): Legal Aid Lawyers at Family Representation Centre Ltd
Street Address: 89-14 Parsons Blvd Jamaica, NY 11432
Telephone Number: (929) 567-2154

## Defendant No. 8

Name: Dr.Shirley Mo
Job or Title (if known): Charles B. Wang Community Health Center Physician
Address: 136-26 37 th Avenue, Flushing, NY:11354
Telephone Number: (718) 886-1212

## Defendant No. 9

Name: Bennett Chan (MD)
Job or Title (if known): Charles B. Wang Community Health Center Physician
Address: 136-26 37 th Avenue, Flushing, NY:11354
Telephone Number: (718) 886-1212

## Defendant No. 10

Name: Justin Popso (MD)
Job or Title (if known): Emergency Doctor

Address: 102-01 66th Road, Forest Hills, NY11375
Telephone Number: (718) 830-4200

## Defendant No. 11

Name: Dyce-Mclean, coneilia
Job or Title (if known): Forestdale (clinic within a child care facility) Doctor
Address: 67-35 112 st Forest Hills, NY:11375

## Defendant No. 12

Name: Crystal
Job or Title (if known): Director of Forestdale Foster Care
Address: 67-35 112 st Forest Hills, NY:11375
Telephone Number: (914) 639-4836

# "C3"

**Defendant No. 13**

I do not know the specific details or information. The NY ACS has illegally denied me the right to know about my foster home.

Job or title (if known): Foster home for young children

b

**Defendant No. 14**

The defendant,(name):  Hotel Fortune

has its principal place of business in (name): 89-34 162nd st Jamaica, NY 11432

The plaintiff does not know where and under what name the registration was made.

**Defendant No. 15**

The defendant,(name): Boulevard Family Center

has its principal place of business in (name): 79-00 Queens Boulevard, Queens, NY11373

The plaintiff does not know where and under what name the registration was made.

**Defendant No. 16**

The defendant, (name): New York  ACS

Address :165-15 Archer Ave   Jamaica , NY1433

The plaintiff does not know where and under what name the registration was made.

The plaintiff does not know where and under what name the registration was made.

# "C4"

**Defendant No. 17**

The defendant, (name):  Charles B. Wang Community Health Center

has its principal place of business in (name): 136-26 37 th Avenue, Flushing, NY:11354(Children's Family Doctor Clinic Address)

Defendant No. 18
The defendant, (name): **Northwell Health**
              **Long Island Jewish Forest Hills**
has its principal place of business in (name): **102-01 66th Road, Forest Hills, NY11375**

The plaintiff was not aware of the registered place and name of the hospital.

**Defendant No. 19**

Forestdale, clinic within a child care facility

has its principal place of business in (name): 67-35 112 st Forest Hills, NY:11375
The plaintiff does not know where and under what name the registration was made.

**Defendant No. 20**

Defendant (name):    Forestdale, a child foster care agency

whose principal place of business is located at (name): 67-35 112th Street, Forest Hills, New York, 11375

Plaintiff is unaware of the registered location and name of the clinic.

# "D"

## 1. Hotel Fortune

From November 13, 2024 to December 24, 2024, we were placed by the Bronx PATH main office at 89-34 162nd Street, Jamaica, NY 11432. The shelter we stayed in was the Fortune Hotel.

The hotel management lied that they were government officials and recorded all our personal information. After learning that the child was born by surrogacy, they did not provide milk for the baby or hot water for making baby formula. The staff asked us to use bath water to make formula for the baby or take cold water to the basement to heat it in the microwave, but I refused.

All staff members were free to enter our room and conduct illegal searches. Later, they often knocked on the door to harass us, not letting us sleep, and lied that the Department of Homeland Security asked them to enter our room every hour for inspection. They also illegally confiscated the camera monitoring the baby formula.

On November 22, 2024, when I was negotiating with the management about boiling water, the staff illegally entered the room and did some things that woke up the sleeping child, causing the child to cry and his face to turn red.

Rejected the three-year address certificate I submitted and refused to help us apply for government housing or apply for government housing subsidies.

The hotel discriminated against, deceived and defrauded us, deprived us of our fair housing rights, and caused serious consequences. This behavior constitutes a serious violation of the law. The hotel should bear criminal liability for mental damages to the plaintiff and should also bear punitive damages.

## 2. Boulevard Family Center

12/24/2024-1/1/2025 We were transferred to: Boulevard Family Center (address: 79-00 Queens    Boulevard, Queens, NY11373 Room number: 631). The conditions in this shelter are even worse. The airflow from the heating equipment is even stronger. The crib is close to the ground, and cockroaches often appear in the low crib. Not only do they not provide baby milk powder, they don't even provide food for adults.

12/28/2024 The staff would not let us go upstairs to prepare milk powder for our baby, saying that we had to re-register. Only when the children only had crying expressions but no crying sounds did they let us go upstairs to feed the babies.

They often knocked on our door in the middle of the night to harass us and prevent us from sleeping.

At less than five o'clock in the morning on 29/12/2024, the staff called the police to check our room. The purpose was to prevent us from sleeping.

A bad environment is an important reason why children cannot drink milk.

In order to shirk responsibility for the poor conditions in the shelter, the management lied and said that I had opened the window for three hours, and they called the police and said the child had a cold, so we went to the hospital. False statement

This discriminatory and extortionate behavior deprives us of our fair housing rights and our baby's right to breastfeed. Boulevard Family Center should be held criminally liable, compensate the baby for physical damages, compensate the plaintiff for emotional damages, and also bear punitive damages.

### 3. New York City Government

After the cold winter came, I called the government complaint hotline (718 557 1399) several times, explaining that the strong airflow generated by the shelter's heating equipment caused my baby's abdominal distension and inability to breastfeed, and asked to change the shelter. I also called the 311 helpline to seek help in changing the shelter. But no one assisted. In short, the New York City government should bear the plaintiff's physical damages, mental damages and punitive damages.

### 4. ACS New York and its participants:

( 1).Jess Dannhauser
(2).Robert Brown . Jr

(3).(I don't know her name) person in charge of Robert Brown, Jr

(4). There was also a female who served the notice and 2-4 male assistants who participated in the kidnapping. I don't know their names.

 On 1/3/2025, the New York ACS forcibly took the child away from the New York-Presbyterian Queens Hospital (56-45 Main St, Flushing NY11355). At that time, the ACS said that we had plans to go to Washington DC, and I replied to the ACS that it would be a matter for the future. The ACS also said that I had no place to stay, and I replied to the ACS that I had money and we could stay in a hotel. The ACS then said no, the child must be taken away. They did not explain or show any legal basis for taking the children away. Using his power to cover up the crime of kidnapping a baby.

Between January 7, 2025 and January 10, 2025, I saw two children in a coma at the ACS office in Queens and asked to take the children to the doctor. The ACS said that I had no right to ask to take the children to the doctor.

During our stay at the Jamaica shelter, we were fully investigated and supervised by ACS. I request ACS to help us apply for baby diapers, and ACS agreed to help us apply. Later, I

G2 p. 2-b

followed up twice, but ACS did not respond. I request ACS to help us get back the camera that monitors the baby formula, but ACS only said that they could communicate with the shelter manager, and there was no news in the end. I request ACS to help us coordinate a change of shelter, but I also did not receive any response. I request ACS to help us coordinate an application for government housing, but ACS replied that it was not within their scope of work. I reported to ACS that the shelter staff did not allow the child to go upstairs to feed for nearly half an hour. ACS replied that they do not handle cases of child abuse outside of the home.

While the two children were in the hospital, ACS did not allow the medical staff to tell us when they would be discharged.

ACS staff kidnapped and abused the babies, deprived them of their right to medical treatment, deprived them of their right to health, deprived the plaintiff of their legal guardianship, deprived them of their right to know their foster family, deprived them of their right to fair housing, and ACS made false statements, violating multiple laws and regulations. Please ask the federal court to immediately stop the illegal and The New York ACS was found guilty of criminal conduct and immediately transferred the two infants to Washington, D.C., and a comprehensive forensic evaluation of the infants' health was conducted. The New York ACS should bear criminal liability, compensate for the physical injuries of the infants, compensate for the plaintiff's emotional damages, and pay punitive damages. Property damage compensation.

5. Yvonne McNeil
There was serious dereliction of duty in investigating this incident. She should be held criminally responsible. She should also bear the plaintiff's mental damages and punitive damages.


6. New York State Government
ACS is a direct agency of the New York State government. I have reported this matter to the New York State government and the state legislator's office many times, and complained about the illegality of ACS's behavior, but ACS's criminal behavior has not been stopped to date. Therefore, the New York State government should be fully responsible for the injuries suffered by the baby and should bear the main responsibility for the compensation for the baby's injuries, the plaintiff's mental damages and punitive damages.

7. Emily Ruben

 The judge supported that the New York ACS's act of taking the child without legal basis was illegal, involving kidnapping, fraud and malpractice, depriving the plaintiff of the right to custody and guardianship, as well as the baby's basic health and life safety rights. The judge should bear criminal responsibility, compensate the baby for physical injuries, and the plaintiff for mental damages and punitive damages.

## 8. **Family Court in Queens, New York**

The illegal act of protecting the defendant should be severely punished! The court should bear the plaintiff's mental damages and punitive damages.

## 9. Kaitlan Moe, Esq

The legal aid lawyer assigned to me by the government not only failed to provide me with any legal aid, but repeatedly warned and deceived me. He lost his professional ethics, neglected his duties, and indirectly participated in the kidnapping. He should bear the corresponding criminal responsibility and compensate the plaintiff for mental damages and punitive damages.

## 10. Dr. Shirley Mo

On January 17, 2025, the plaintiff went to the clinic for treatment. The plaintiff informed the doctor that the child had bloodshot eyes and a history of drowsiness and inability to wake up. The doctor said that she did not see bloodshot eyes in the child. The plaintiff requested a head MRI or ultrasound examination of the child. Seeing the panic of the foster family and foster care agency, the doctor refused to perform a head MRI or ultrasound examination on the child on the grounds of excessive radiation.

The doctor's negligence constituted criminal malfeasance, and the failure to report the matter to the relevant departments violated the mandatory provisions of the law, with serious consequences.

He should bear criminal responsibility, compensate the baby for physical injuries, the plaintiff for mental damages, punitive damages, and other responsibilities.

## 11. Bennett Chan (MD)

On February 24, 2025, we changed the child's family doctor, and Dr. Chen saw the child for the first time. We told the doctor that the child had been drowsy and had bloodshot eyes.

However, the doctor claimed that bloodshot eyes were normal and did not report the child's condition to the relevant departments. This constituted a dereliction of duty crime and violated mandatory laws. The doctor should bear criminal liability and pay compensation for the baby's physical damages, the plaintiff's mental damages, and punitive damages.

## 12. Charles B. Wang Community Health Center

The medical institution is the workplace of the two defendants and should bear the main liability for compensation for physical injury of the infants and young children, as well as liability for compensation for mental damages and punitive compensation for the plaintiff.

13.  (1)  Justin Popso (MD)
     (2)  Northwell Health
     Long Island Jewish Forest Hills

On January 21, 2025, the plaintiff called 911 because the baby's eyes were severely congested. The police and doctors who arrived forcibly took us to the emergency room for treatment. I described the child's previous symptoms, and the doctor said that he saw the child being abused and found that there was no major problem and needed to be observed. The plaintiff repeatedly and strongly requested an MRI or ultrasound examination of the baby's head, but was rejected by the doctor. In addition, the doctor did not report the matter to the relevant agency, which was dereliction of duty and violated the mandatory legal provisions. He should bear criminal liability, compensation for physical damages to the baby, compensation for mental damages to the plaintiff, and punitive damages. The hospital where the doctor works should bear the responsibility for compensation for physical damages to the baby, compensation for mental damages to the plaintiff, and punitive damages.

14.(1)Dr. Dyce-Mclean, coneilia
   (2)Forestdale ,clinic within a child care facility

On January 10, 2025, the baby visited the clinic for a pinhole scar on his head. On February 7, 2025, the baby visited the clinic for severe bleeding from the scar on his head. The plaintiff informed the doctor of the baby's previous symptoms of lethargy, inability to wake up, and bloodshot eyes, and requested an MRI or head ultrasound. The clinic doctor refused the MRI or head ultrasound and did not report it to the relevant agencies and departments. The doctor neglected his duties and violated the mandatory provisions of the law. He should bear criminal liability and compensate the baby for physical injuries, compensate the plaintiff for emotional damages, and pay punitive damages. The medical institution should bear the responsibility of compensating the baby for physical injuries, compensate the plaintiff for emotional damages, and pay punitive damages.

15. (1) Crystal

    (2) Forestdale (Child care agency)

She and ACS are accomplices. They kidnapped my two children through discrimination and fraud, abused the babies, deprived the babies of their medical and health rights, deprived the plaintiff of legal guardianship, deprived the plaintiff of the right to know about the foster family, and violated many legal provisions such as mandatory regulations. She should bear criminal liability, damages, mental damages and punitive damages for the plaintiff. Her agency

should bear physical damages for the babies, mental damages and punitive damages for the plaintiff.

## 16. Foster home for young children

She is an accomplice of the ACS department, who used discrimination and fraud to kidnap my two children, abused the babies, deprived them of their medical and health rights, and deprived the plaintiff of legal guardianship rights, violating multiple laws and regulations, including mandatory laws, and should bear criminal liability, compensate the babies for physical injuries, compensate the plaintiff for emotional damages, and bear punitive damages.

D. b-b

## "E"

## This is an organized crime that uses power and government agencies to cover up the kidnapping of babies and the abuse of babies to the point of disability. It can also be said to be a gang crime!

In order to prevent the government, its agencies and the defendants from committing similar acts in the future and to alleviate and eliminate the plaintiff's grief, sadness and hatred, the defendant must accept punitive damages.

The doctor's extremely reckless behavior, based on high willful negligence and disregard for the law under the interference of government agencies, caused the baby to lose the best time for medical treatment, resulting in incalculable harm and serious consequences. This is a serious consequence that the plaintiff cannot bear, face, or imagine.

These defendants were extremely cruel. They knew that harming the babies would cause them lifelong pain, but they did it intentionally, turning two very smart and healthy babies into lifelong disabled people. The social impact is extremely bad and the consequences are extremely serious. Not only did the two babies suffer for life, but it also brought a certain burden to society and the country. This is exactly what the defendants needed, because these people can use babies and disabled people to defraud government interests and make a fortune. Their methods are despicable and cruel. Outrageous.

If the defendants are not severely punished, the plaintiff's anger will be difficult to eliminate, and they will not be able to explain to the society. It will also make people lose their belief in abiding by laws and morals, and lose their confidence and love for society and the country. Therefore numerous defendants must receive severe punitive penalties!

The vile, despicable, cruel and heinous crimes committed by many of the defendants are all due to government corruption!

The government's corruption has made these people lose their moral bottom line. It is the government's corruption that allows these people to openly FRAUDS others, it is the government's corruption that allows these people to abuse their power to kidnap babies, it is the government's corruption that allows these people with no moral bottom line to hold important positions, it is the government's corruption that arranges lawyers like us who have no professional ethics, it is the government's corruption that has such a beastly judge, it is the government's corruption that hurts a volunteer who has served the New York community for nearly 9 years, it is the government's corruption that breaks the heart of a loving volunteer, it is the government's corruption that makes the loving volunteer sad! Both levels of the New York government must be severely punished!

E: 1-3

The plaintiff suffered not only severe mental harm but also severe psychological harm.

The baby will suffer a lifetime of pain and suffering. The baby will suffer pain and torture for the rest of his life. And the three of us will live in extreme pain and sorrow for the rest of our lives.

The defendants' criminal acts were subjectively intentional. They made us live in invisible pain and mental torture every day, and even broke up our family.

The defendant's criminal conduct has changed my living conditions, mental state and psychological state, making it impossible for me to communicate with others normally and unable to work.

I ask the jury and judge to consider each defendant in this case separately when determining the amount of compensation.

If the compensation issue is considered as a whole, it will not have a deterrent effect on the defendant.

See attached table for details " F "

I have no cultural background, no language skills, no legal knowledge, no social background, and a language barrier in the United States.

The defendant's background is the New York City government, the New York State government, the New York court, and even the Chinese Communist Party, so no lawyer is willing to help me.

**I desperately need legal help from the federal court or the federal government.**

After my child was kidnapped, the Chinese Communist Party immediately began to maliciously guide me. After several failed attempts, the Chinese Communist Party began to threaten me.

After I reported the situation to the senators and congressmen, the Chinese Communist Party threats to me were restrained. Later, they talked to me and wanted to use New York government housing as a condition for mediation. I didn't agree. I said this has to be resolved through the courts.

On June 17, 2025, I applied to the so-called court to ask the judge to recuse himself from the case, but was rejected. (The so-called trial is actually an administrative meeting.) At about five o'clock in the evening of that day, I received a threatening call from Crystal, the head of a foster care agency in New York.

The specific contents are as follows:

Crystal: You haven't seen your child in four months.

I: Yes, you have no right to stop children from going to Washington DC.

Crystal: Where are you?

I: I'm in Washington DC.

Crystal: What are you doing in Washington, DC?

I: I do what I should do.

Crystal: What is it you should do?

I: Just do what I should do.

Crystal: What should you do?

I: I am free to do whatever I want.

Crystal: Which shelter do you live in?

I: I won't tell you.

Crystal: OK!

This phone call was a complete insinuation of further threats and intimidation to me and my child. I called the police many times, but no one believed me, and one police officer even said I was mentally ill.

Later I went to the police station to explain the situation and called the police.

I hereby request the federal court and jury to first transfer the child to the Washington, DC Child Protection Agency for safe custody, and then issue a subpoena for trial.

THANKS

E3-3